IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02076

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, CO

OCT 1 8 2006

GREGORY C. LANGHAM
                CLERK

SHERMAN SCHUETT,

    Applicant,

v.

SHERIFF J. GRAYSON ROBINSON,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Sherman Schuett has submitted a Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody. The Court has reviewed the petition pursuant to D.C.COLO.LCivR 8.2. The clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 13TH day of October, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 02076**

Sherman Schuett
Prisoner No. 0507494
Arapahoe County Det. Facility
P.O. Box 4918
Centennial, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full filing fee** to the above-named individuals on __10-16-06__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk